UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES HOLLOWAY,<br><br>        Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; ONEMAIN FINANCIAL SERVICES, INC.<br><br>        Defendants. | Case No.: 2:18-cv-02154-JAM-AC<br><br>**ORDER GRANTING JOINT STIPUATION TO EXTEND DEFENDANT ONEMAIN FINANCIAL SERVICES, INC.'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Hon. John A. Mendez<br>Complaint Filed: August 7, 018<br>Trial Date: None set |

    The Court, having reviewed the Joint Stipulation to extend time to respond to the complaint and GOOD CAUASE APPEARING,

    IT IS HEREBY ORDERED THAT:

    Defendant OneMain Financial Services, Inc. response to Complaint shall be filed on or before October 5, 2018.

    IT IS SO ORDERED.

Dated: 8/31/18                                                     /s/ John A. Mendez

                                                                                                     Hon. John A. Mendez