1  Elliot Gale (State Bar No. 263326)
   egale@sagarialaw.com
2  Joe Angelo (State Bar No. 268542)
   jangelo@sagarialaw.com
3  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste. 200
4  Roseville, California 95661
   Telephone: (408) 279-2288
5  Facsimile: (408) 279-2299

6  Attorneys for Plaintiff
   Charles Holloway

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES HOLLOWAY,<br><br>            Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>            Defendant. | Case No.: 2:18-cv-02154-JAM-AC<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, OneMain Financial Services, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 3/12/2019            /s/ John A. Mendez_____
                            Hon. JOHN A. MENDEZ
                            UNITED STATES DISTRICT JUDGE